UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

REVEREND DENINAH WEBB GOODWIN     CIVIL ACTION NO. 03-0409

VERSUS     SECTION C, MAG. 1

ROSALIND IRVIN KAY, THE PRIVATE
COLLECTIONS BOUTIQUE, ET AL

**************************************************************************

## ANSWER TO PETITION

NOW INTO COURT, comes The Private Collections Boutique, through undersigned counsel, and for the answer to the plaintiff's petition in the above captioned case respectfully avers:

I.

The allegations contained in Paragraph 1 of plaintiff's petition require no answer from defendant.

II.

The allegations contained in Paragraph 2 of plaintiff's petition are denied for lack of sufficient evidence to justify a belief therein.

III.

The allegations contained in Paragraph 3 of plaintiff's petition are denied and calls for strict proof of same.

IV.

The allegations contained in Paragraph 4 of plaintiff's petition are denied for lack of sufficient evidence to justify a belief therein.

V.

The allegations contained in Paragraph 5 of plaintiff's petition are denied for lack of sufficient evidence to justify a belief therein and calls for strict proof of same.

VI.

AND NOW FURTHER ANSWERING, defendant states:

The plaintiff's petition is of a frivolous nature and its intent is to harass defendant and exhaust time and expenses which defendant cannot recoup. Defendant further request this Honorable Court to sanction plaintiff accordingly.

**WHEREFORE,** defendant, The Private Collections Boutique, pray that this answer be deemed good and sufficient and after all proper legal delays had, there be judgment herein in favor of defendant and against plaintiff dismissing her claims with prejudice at plaintiff's cost.

Respectfully submitted,

_____
MORRIS W. REED  LSB #11127
316 South Broad Street
New Orleans, LA 70119
(504) 822-2825
Attorney for The Private Collection Boutique

### CERTIFICATE

I hereby certify that a true copy of the above and foregoing has been served on all opposing counsel of record at their address of record, by placing same in the U. S. Mail, postage prepaid, by hand delivery, or by facsimile, this _10th_ day of _MARCH_, 20_03_

_____
Morris W. Reed